# Court of Appeals, State of Michigan

## For Publication

## ORDER

People of MI v Eddie Brown

Docket No. 339318

LC No. 2010-232531-FC

Christopher M. Murray
Presiding Judge

Stephen L. Borrello

Amy Ronayne Krause
Judges

The Court orders that the published opinion issued in this matter on October 23, 2018 is hereby AMENDED. The Court having found that defendant's counsel failed to send a copy of the opinion to defendant, as required by MCR 7.215(E)(2), the opinion is amended to indicate that the date of issuance of the opinion is June 18, 2019.

In all other respects, the opinion remains unchanged.

The clerk is directed to provide a copy of this order to the Supreme Court Reporter of Decisions for publication in the Michigan Appeals Reports.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 1 8 2019

Date

Chief Clerk